IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEDAR LANE TECHNOLOGIES INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 21-1206 (RGA) |
| ARLO TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the time for defendant Arlo Technologies, Inc. to move, answer, or otherwise respond to the Complaint shall be extended from November 30, 2021, until December 30, 2021.

GAWTHROP GREENWOOD, PC

/s/David W. deBruin
David W. deBruin (#4846)
Gawthrop Greenwood, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
(302) 777-5353
ddebruin@gawthrop.com

*Attorney for Plaintiff*

- 2 -

SO ORDERED this _____ day of November, 2021.

_____
United States District Court Judge